**Order No. 96–25**
**October 8, 1996**

| | | |
|---|---|---|
| 17428 | State v. Tabuso | Affirmed |
| 17502 | State v. Bush | Affirmed |
| 17539 | State v. Whittington | Affirmed |
| 17605 | State v. May | Affirmed |
| 17665 | State v. Camara | Affirmed |
| 17713 | State v. McDowell | Affirmed |
| 17840 | State v. Dela Cruz | Affirmed |
| 17921 | Katoa v. Ford | Affirmed |
| 17974 | State v. Hopkins | Affirmed |
| 18408 | State v. Mills | Affirmed |

**Order No. 96–26**
**October 17, 1996**

| | | |
|---|---|---|
| 17986 | State v. Lathrop | Affirmed |

**Order No. 96–27**
**October 17, 1996**

| | | |
|---|---|---|
| 18330 | State v. Seguirant | Affirmed |

**Order No. 96–28**
**October 17, 1996**

| | | |
|---|---|---|
| 17408 | Chance v. State | Affirmed |
| 18376 | State v. DeJesus | Affirmed |

**Order No. 96–29**
**October 23, 1996**

| | | |
|---|---|---|
| 17754 | State v. Astorga | Affirmed |
| 17952 | State v. Parker | Affirmed |
| 18056 | State v. Gantous | Affirmed |
| 18529 | State v. Martinez | Affirmed |
| 19222 | State v. Garcia | Affirmed |
| 19466 | State v. Cunningham | Affirmed |